UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:20-cr-116-TWP-DML |
| | ) | |
| RUSSELL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S *SANTIAGO* PROFFER

The United States of America, by counsel John E. Childress, Acting United States Attorney

for the Southern District of Indiana, and Kathryn E. Olivier and Bradley P. Shepard, Assistant

United States Attorneys, hereby submits its proffer in accordance with *United States v. Santiago*,

582 F.2d 1128 (7th Cir. 1978), in support of the admissibility of co-conspirator statements under

Rule 801(d)(2)(E) of the Federal Rules of Evidence.

## LEGAL STANDARD

An out-of-court statement is not hearsay, and is admissible, if that statement is offered

against an opposing party and "was made by the party's co-conspirator during and in furtherance

of the conspiracy." Fed. R. Evid. 801(d)(2)(E) & 802. To admit co-conspirator statements under

Rule 801(d)(2)(E), the Government must show, by a preponderance of the evidence, that: (1) a

conspiracy existed; (2) the defendant and the declarant were members of the conspiracy; and (3)

the statements were made during, and in furtherance of, the conspiracy. *United States v. Davis*,

845 F.3d 282, 286 (7th Cir. 2016). This is true even if the co-conspirator is not charged in the

case. *See United States v. Wantuch*, 525 F.3d 505, 511 n.3 (7th Cir. 2008) ("[T]he statement of

unindicted coconspirators are admissible as non-hearsay"); *United States v. Mahkimetas*, 991 F.2d

379, 382-84 (7th Cir. 1993) (admitting statements of an uncharged co-conspirator).  Indeed, Rule

801(d)(2)(E) may be applicable even though the Government has not formally charged anyone

with conspiracy.  *United States v. Cox*, 923 F.2d 519, 526 (7th Cir. 1991).

A conspiracy exists where two or more persons join together to commit an unlawful act.

*United States v. Navarreti*, 125 F.3d 559, 562 (7th Cir. 1997).  A person becomes a member of a

conspiracy when they know about the conspiracy and intentionally agree to join it.  *United States*

*v. Bey*, 725 F.3d 643, 648 (7th Cir. 2013).  The Government may rely solely upon circumstantial

evidence to establish the existence of a conspiracy.  *Glasser v. United States*, 315 U.S. 60 (1942);

*United States v. Katalinich*, 113 F.3d 1475, 1480 (7th Cir. 1997).  The Court may consider the co-

conspirator's statements themselves, *Bourjaily v. United States*, 483 U.S. 171 (1987), but there

also must be some independent evidence that corroborates the existence of the conspiracy and the

participation of the defendant and declarant, *Davis*, 845 F.3d at 286.

A statement satisfies the "in furtherance" requirement when the statement becomes part of

the information flow between conspirators intended to help each perform his role.  *United States*

*v. Curtis*, 37 F.3d 301, 307 (7th Cir. 1994).  The statement "need not have been exclusively, or

even primarily, made to further the conspiracy."  *Garlington v. O'Leary*, 879 F.2d 277, 284 (7th

Cir. 1989).  The Government satisfies the "in furtherance" requirement as long as "some

reasonable basis" exists to conclude that the statement furthered the conspiracy.  *Id*.

A district court may conditionally admit co-conspirator statements based on a pretrial

proffer by the Government.  *Davis*, 845 F.3d at 286 (citing *United States v. Santiago*, 582 F.3d at

1130-31).  The Government does not need to provide the specific statements of each declarant to

satisfy the standards of a *Santiago* proffer.  *United States v. McClellan*, 165 F.3d 535, 553 (7th

Cir. 1999).

**BACKGROUND AND PROFFER**

**A.      The Charges**

The defendant, Russell Taylor (the "Defendant"), has been charged in a 34-count indictment with Sexual Exploitation of a Minor, Coercion and Enticement, Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, Possession of Visual Depictions of Minor Engaging in Sexually Explicit Conduct, and Conspiracy to Possess Visual Depictions of Minors Engaging in Sexually Explicit Conduct. (Docket No. 1.) Simply put, the Government alleges that the Defendant, alone and in conspiracy with other individuals, sexually exploited multiple minor children between roughly 2011 and 2015. The Defendant used hidden cameras in his residences to surreptitiously record minor children in the bathroom, changing clothes, and engaging in sexual activity. The Defendant's victims were either members of the Defendant's family or friends of those family members and several of the victims have disclosed instances of hands-on sexual abuse by the Defendant. In addition to the 33 substantive counts, the indictment also alleges that the Defendant conspired with "others known and unknown to the Grand Jury" to possess child pornography.

**B.      Summary of the Evidence**

The Government's evidence at trial will establish that from at least 2011 through the Defendant's arrest on April 29, 2015, a conspiracy existed between the Defendant, his then-wife Angela Taylor,[1] his friend and employer Jared Fogle, and his friends D.L. and R.S. The purpose of the conspiracy was to possess child pornography to fulfill the deviant sexual desires of the

---

[1] Angela Taylor has remarried and now uses the name Angela Baldwin. For clarity's sake, the Government will refer to her as Angela throughout this document.

members of the conspiracy. To that end, the Defendant and Angela worked together to place hidden cameras in their residence in order to surreptitiously record minor children fully nude with their genitals exposed and/or engaging in sexual behavior. In addition to reviewing the hidden camera footage himself and with Angela, the Defendant also distributed some of the images and videos that were produced in his home to Angela, to Fogle, and to his other friends and associates, D.L. and R.S.

At trial, the evidence will show that following a complaint from Jane Doe, a friend and former sexual partner of the Defendant and Angela, a search warrant was executed at the Defendant's house at 1304 Salem Creek Boulevard, Indianapolis, Indiana. During the search, officers found child pornography on multiple electronic devices in the residence, including images and videos that appeared to have been created in the residence. Based on the camera angles of some of the videos, officers determined that there were likely hidden cameras in the house. And, in fact, hidden cameras designed to look like clocks were found in the master bedroom and the upstairs hall bathroom.[2]

The officers were able to identify, and interview, the minor children depicted in the images and videos.

### 1. Minor Victim 1

Minor Victim 1 will testify that she is an ex-relative-in-law of the Defendant's who met the Defendant for the first time when she was approximately 13 years old and in 7th or 8th grade. Minor Victim 1 will testify that the Defendant, who worked as the Executive Director of the Jared

---

[2] There were 2 bathrooms on the second story of the Salem Creek Boulevard residence – a master bathroom that could only be entered through the master bedroom, and a secondary bathroom that was accessible from the main hallway. This secondary, or hall, bathroom was the one that was primarily used by the minor victims when they visited the Salem Creek Boulevard residence.

Foundation, offered to pay Minor Victim 1 to do data entry at his home office. Minor Victim 1 was not 16 and could not drive, so the Defendant picked her up from her house and drove her to his home office. When they arrived at the Defendant's house, the Defendant provided Minor Victim 1 with alcohol and suggested that she go into the home office, get onto Omegle or Chatroulette, and masturbate.[3] Although Minor Victim 1 knew that the people she was video chatting with could see what she was doing, she had no idea that the Defendant was recording her with a hidden camera. When she was finished masturbating, Minor Victim 1 got dressed, the Defendant paid her, and then he drove her home.

Minor Victim 1 will testify that she never did any clerical work for the Jared Foundation and that whenever the Defendant picked her up to do data entry, work on spreadsheets, or do other secretarial-type work for the Jared Foundation, she actually engaged in sexual activity and she was paid by the Defendant for that sexual activity. This sexual activity includes the above-described masturbation, as well as oral sex with both the Defendant and Angela, manual masturbation of the Defendant's penis, and intercourse with both the Defendant and Angela. Videos exist of Minor Victim 1 engaging in all of these activities with the Defendant and/or with Angela, which will corroborate Minor Victim 1's testimony.

There are also numerous text messages between the Defendant and Angela, between the Defendant and Fogle, and between the Defendant and R.S. discussing the sexual abuse of Minor Victim 1.

For example, on December 20, 2012, when Minor Victim 1 was 16 years old, the Defendant and Angela texted about the Defendant's desire to be "surprised" by a video of Angela and Minor

---

[3] Omegle and Chatroulette are websites where people can chat with random strangers. Both sites offer video or webcam-based chat options.

Victim 1. That same day, the Defendant noted that he "loved watching" Angela and Minor Victim 1 together, and the Defendant stated that he got "Rock hard thinking about u and [Minor Victim 1] in various scenarios."

One week later, on December 27, 2012, the Defendant and Angela texted about paying Minor Victim 1 for sex:

> ANGELA: I don't have 50
>
> DEFENDANT: How much. I owe her Christmas money
>
> DEFENDANT: Ok. It's from dad but he gives to me to give to her. Tell her $50
>
> DEFENDANT: What's her plan? Only give to her if she's coming over to lick you. Don't tell her that

In January 2013, while Angela was arranging a sexual rendezvous with Minor Victim 1, the Defendant admonished Angela: "[D]on't get anything in writing with [Minor Victim 1]. Just in case she squeals[.]"

Two days later, on January 30, 2013, the Defendant and Angela discussed their sexual activities with Minor Victim 1:

> DEFENDANT: [Minor Victim 1]
>
> ANGELA: She won't answers [sic] me
>
> DEFENDANT: Fucking bitch
>
> ANGELA: Lol
>
> DEFENDANT: Karen says Steve never hit her. I believe [Minor Victim 1]
>
> ANGELA: I believe her too
>
> DEFENDANT: I had her blow me first
>
> ANGELA: Yes!!!!

6

ANGELA:  Was it good and did you ask her how my pussy taste[s]?

The next day, the Defendant told Angela that he "just pounded [Minor Victim 1] in the ass while she watched porn of you masturbating."

The Defendant's text messages with Jared Fogle are similarly illustrative.  On December 30, 2012, the Defendant sent Fogle a video of Angela performing oral sex on Minor Victim 1 via text message:

DEFENDANT:  This line secure

FOGLE:  Yes sir it is

DEFENDANT: [Video of Angela performing oral sex on Minor Victim 1]

FOGLE:  OMG!!!!!  Who is that?  I love it!!!

DEFENDANT:  That's [Minor Victim 1].  The one we've been following for a long time.  I got Angie hammered and told her, look what she's doing in the office.  Just walk in.  And she did!!!!!!

DEFENDANT:  That's the beginning brother!!!

DEFENDANT:  Don't let anyone know.  Jason, Angie.  No one. That's BFF sharing material only!!!  I'm only telling you.

FOGLE:  Holy shit!!!!  I won't tell a soul!!

FOGLE:  What model yr is that car?

DEEFENDANT:  1995

FOGLE:  Do you have more??  How did she react when angie walked inm [sic]

DEFENDANT:  That WAS the reaction!!

DEFENDANT:  I have a lot more.  😊  Strap ons, dildos, face sitting.  Etc.

FOGLE:  Yes!!!!  I need to see

7

DEFENDANT:  It's incredible and happening again soon.  And I asked her if she wanted to make some money

FOGLE:  And what did she say????????

DEFENDANT:  Yep.  😊

DEFENDANT:  I td [sic] it would be in dark so client wouldn't be seen

FOGLE:  OMG!!!!  When?  Where??

FOGLE:  Yes!!

DEFENDANT:  I'm working on it.  Got to get fee down etc.  I'm guessing in 2 weeks.

DEFENDANT:  😊

FOGLE:  What do u think for fee??

DEFENDANT:  It will be me, Angie, dad meeting you tomorrow.

DEFENDANT:  I'm guessing $250

Then, on February 2, 2013, the Defendant and Fogle exchanged the following text messages about Minor Victim 1:

FOGLE:  When do I get to pound [Minor Victim 1]?

DEFENDANT:  Soon.  Angie and I tagged team her the other Nigt [sic] for 4 hours!!!

DEFENDANT:  [Photograph of sexual encounter that appears to show Angela and Minor Victim 1]

FOGLE:  How was it?

DEFENDANT:  Hers [sic] Angie ravishung [sic] her

DEFENDANT:  You don't know tightness my friend.  It's incredible

FOGLE:  When can we set it up?

FOGLE:  Let's set it up!!!!!!!!!

FOGLE:  I want to take her on a trip

DEFENDANT:  I will kabosh [sic] that buddy till 18.  ☹ Sorry but I guard your brand pretty damn hard.  ☹

DEFENDANT:  Have to be here.  Quietly for now

DEFENDANT:  Till July 2014

FOGLE:  So where should we do it?

DEFENDANT:  My hacienda

DEFENDANT:  I fucked the shit out of her and her friend the other night.  Very quiet 3 way.  Shhhhh

DEFENDANT:  They were combined aged 32.

FOGLE:  I want both of them!!!!!! What is the rate?

Underscoring the fact that both the Defendant and Fogle knew Minor Victim 1's age, in February 2015, after Minor Victim 1 had turned 18, the Defendant and Fogle exchanged the following text messages:

DEFENDANT:  Guess who popped out of the wood work today

FOGLE:  Give me a hint

DEFENDANT:  Well.  Now she's getting a little too old for us to want to screw

FOGLE: [Minor Victim 1]???

DEFENDANT:  Yes!

DEFENDANT:  Is this line secure

FOGLE:  Oh yes it is very secure!

DEFENDANT: [Topless photograph of Minor Victim 1]

FOGLE:  Is that [Victim]?

DEFENDANT: [Minor Victim 1]

DEFENDANT: [Victim] has 1000 tats

FOGLE:  What year model is [Minor Victim 1]?

FOGLE:  Does she wanna make some $$?

DEFENDANT:  Very much so

DEFENDANT:  19 this year.  So finally legal[4]

FOGLE:  So how do we do this?

DEFENDANT:  Working on it now.  You will probably do it in Florida

DEFENDANT:  Or some other state

DEFENDANT:  So no tie.  I don't want her to know its you

FOGLE:  God i love u!!!!

DEFENDANT:  She wants to visit grandpa

FOGLE:  Ahhhh!!!

FOGLE:  In ft myers?

DEFENDANT:  Yes

FOGLE:  She needs to be pounded

The Defendant exchanged similar text messages about Minor Victim 1 with R.S. in February 2015:

DEFENDANT:  Hey guess what

DEFENDANT:  [Minor Victim 1] is finally legal lol.  Want a nudie of her?

R.S.:  Yes!!

DEFENDANT:  What do you make of that girl jumping on my like that?  I didn't tell that story to talk about me or my cock but rather the overall way of a woman.  Isn't that typical

DEFENDANT:  [Topless photograph of Minor Victim 1]

---

[4] Minor Victim 1 was born in 1996 and did, in fact, turn 19 in 2015.

R.S.:  Yes.  I know what you meant.  Women are much more than we know.  Sneaky and they don't care for us when they get what they want

R.S.:  Nice tits!

DEFENDANT:  I'm sitting down to watch bird man

R.S.:  I need to see that!!

R.S.:  Tell [Minor Victim 1] I reward bj's!

R.S.:  Lol

DEFENDANT:  That's what she's doing.  Seriously

R.S.:  Give her my number and tell her to contact me.  I'll get with her as soon as I'm back.

DEFENDANT:  I will

Minor Victim 1 will also testify that the Defendant provided her with alcohol and drugs, including spice, the crystalline form of Ecstasy known as Molly, and marijuana.  In addition, Minor Victim 1 will testify that the Defendant encouraged her to bring friends over to his house so that Minor Victim 1 could engage in sexual activity with those friends at the Defendant's house.  Minor Victim 1 will testify that this is how Minor Victim 2 came to be at the Defendant's house and that, on several occasions, Minor Victim 1 and Minor Victim 2 engaged in sexual activity at the Defendant's house.  Video exists of these occurrences and includes video of a threesome of Minor Victim 1, Minor Victim 2, and the Defendant.

Finally, Minor Victim 1 will testify that she did not tell anyone about what occurred at Defendant's house in part because the Defendant had warned her that if anything happened to him, something would happen to her as well.  Minor Victim 1 construed this as a threat.

### 2.      Minor Victim 2

Minor Victim 2 will corroborate Minor Victim 1's testimony about engaging in a threesome with the Defendant and Minor Victim 1.  Minor Victim 2 will also testify that she became friends with Minor Victim 1 in middle school and that she went to the Defendant's house on several occasions and engaged in sexual activity with Minor Victim 1 and with the Defendant. Minor Victim 2 will testify that after she and Minor Victim 1 had a threesome with the Defendant, the Defendant drove Minor Victim 1 and Minor Victim 2 to an ATM where he withdrew $200 and gave the money to Minor Victim 1 who split it with Minor Victim 2.

### 3.      Minor Victim 3

Minor Victim 3 is Angela's daughter and will testify that she met the Defendant when she was approximately 10 years old.  Minor Victim 3 will testify that initially she thought the Defendant and Angela were "cool" because they condoned behavior that would not have been permitted at her father's house.  However, Minor Victim 3 will testify that this behavior grew to include repeated discussions about sex – including the Defendant mocking Minor Victim 3 for being a virgin at age 12.  Minor Victim 3 will also testify that the Defendant provided her with alcohol and smoked marijuana with her on multiple occasions.  Minor Victim 3 will testify that when she was approximately 13 years old, she and Minor Victim 7 were hanging out in the basement with the Defendant.  The Defendant offered to go upstairs and make alcoholic beverages for Minor Victim 3 and Minor Victim 7.  After consuming only a portion of the alcoholic beverages made for them by the Defendant, Minor Victim 3 and Minor Victim 7 became extremely intoxicated and "blacked out."  Minor Victim 3 will testify that she believes that the Defendant "roofied" her and Minor Victim 7 by placing something into their drinks as she became far more intoxicated than was typical for her.

Text messages between the Defendant and Angela reveal that they both contemplated drugging Minor Victim 3 so that they could sexually exploit her. For example, on November 11, 2012, the Defendant and Angela exchanged the following text messages:

> DEFENDANT:  U can't image how much I would like to have that stuff right now
>
> DEFENDANT:  [Minor Victim 3] has went to bed.  Boys and [Minor Victim 5] watching Christmas vacation
>
> ANGELA:  Thank you baby!!  You encourage me and I appreciate your support!!!!  I've never had anyone stand by me like you do.
>
> ANGELA:  I wish you did too!!
>
> ANGELA:  Omg you could take video of your hard cock sliding between her lips
>
> ANGELA:  And cum all over her buddy [sic]
>
> ANGELA:  And if I was there I would lick it all off
>
> DEFENDANT:  Yes!!!  😊

Minor Victim 3 also disclosed an incident that occurred on a vacation when she was approximately 12 years old.  The Defendant and Angela took Minor Victim 3, Minor Victim 5, and their younger brother on a cruise for spring break.  The Defendant and Angela stayed in one cabin and the children stayed in a separate cabin.  One night, Minor Victim 3 came down the stairs on the way back to her cabin and she discovered Angela, bloody and intoxicated in the hallway near the elevators.  Minor Victim 3 helped Angela up, took her back to her cabin, and cleaned her up.  Minor Victim 3 then went looking for the Defendant but was unable to find him.  When Minor Victim 3 started to leave to return to her own cabin, Angela begged her to stay.  Minor Victim 3 ultimately fell asleep in Angela's bed with Angela.  Minor Victim 3 awoke to find that the Defendant had just ejaculated onto the seat of her orange pants.  When Minor Victim 3 asked the

Defendant what he was doing, he claimed that he had confused Minor Victim 3 with Angela even though Angela was visible in the bed.  Minor Victim 3 quickly got up and returned to her cabin. Minor Victim 3 reported that she did not believe she'd discussed the incident with Angela because anytime Minor Victim 3 *did* disclose inappropriate behavior by the Defendant, she was told, "that's just Russ."  As a result, Minor Victim 3 became desensitized to the Defendant's conduct.

Text messages between the Defendant and Angela illustrate their shared obsession with Minor Victim 3 and their desire to see nude photographs of Minor Victim 3 to determine whether Minor Victim 3 had pubic hair.  For example, on March 21, 2012, the Defendant and Angela exchanged the following text messages about whether Minor Victim 3 had pubic hair:

> DEFENDANT:  Yes.  Shaving my hair off for u
>
> ANGELA:  That I [sic] the most hair I have had since I was 14
>
> DEFENDANT:  Yes!!!!  Lyvm
>
> DEFENDANT:  Quit Making me hard.  Have u seen [Minor Victim 3]'s yet
>
> ANGELA:  I started shaving myself bald at 13 or 14.  Lol
>
> ANGELA:  I love you too.
>
> ANGELA:  No.
>
> DEFENDANT:  I see.

Then, in July 31, 2012, while Angela was visiting Minor Victim 3 in Connersville, she and the Defendant exchanged text messages about how to get a nude photograph of Minor Victim 3:

> DEFENDANT:  Guess who's hard
>
> DEFENDANT:  Yep.  I think when asleep is best
>
> ANGELA:  Too hard
>
> DEFENDANT:  Really?  Ok

14

DEFENDANT:  Turn off flash and volume.  Do in shower area?

ANGELA:  Locked door

DEFENDANT:  Knock on it say u need in urgent

DEFENDANT:  Knock on it say u need in urgent

DEFENDANT:  Then pee and stay in

ANGELA:  Very private moodiest

ANGELA:  Do you know how bad I dislike being here

DEFENDANT:  Yes.

DEFENDANT:  Ur wanted here

DEFENDANT:  And ur there trying to get me my holy grail of pics.  😊

The Defendant and Angela had a similar conversation on August 14, 2012:

DEFENDANT:  Go in now!!

DEFENDANT:  Pick?

DEFENDANT:  Knock say u gotta pee?

ANGELA:  Already tried she Locked the door

ANGELA:  I did she said go upstairs and so did my mom

ANGELA:  I know

ANGELA:  Why

DEFENDANT:  Ugh

DEFENDANT:  Ok.  🙁  I'm so sad.

DEFENDANT:  Love u

DEFENDANT:  Night

ANGELA:  That is an almost impossible shot

ANGELA:  And it makes me sad that I now feel bad I can't please you

In April 2012, when Minor Victim 3 was 11 years old, the Defendant informed Angela that he had been masturbating to a photograph of her and Minor Victim 3 "everyday [sic] for a week." And, on August 22, 2012, the Defendant texted Angela the initials of minors that he was sexually interested in:

DEFENDANT:  My order wld be [Minor Victim 3], k, k, [Minor Victim 5].

DEFENDANT:  Of preference

DEFENDANT:  The Ks?

ANGELA:  Sure

ANGELA:  Lol

Angela was, therefore, well-aware of the Defendant's sexual interest in Minor Victim 3. She fed that interest by sending the Defendant photographs of Minor Victim 3 in a swimsuit on June 21, 2012.  Four days later, the Defendant referenced masturbating to those photographs in text messages with Angela:

DEFENDANT:  I'm going to be shortly

DEFENDANT:  I have a date tonight

DEFENDANT:  I love you

DEFENDANT:  3 pictures from the pool u sent the other day

ANGELA:  Lol

The text messages between the Defendant and Angela also establish that they were working together to review the footage from the hidden cameras and that they were aroused by nude images and videos of Minor Victim 3.  For example, on September 9, 2012, the Defendant sent Angela a screenshot of one of the files charged in Count 14 of the indictment:

16

> DEFENDANT: [Screenshot of Minor Victim 3's nude genitals]
>
> ANGELA:  Omfg!!!!!!!!  Is that me?
>
> ANGELA:  😊
>
> ANGELA:  I'm growing mine out Just so I can look like that
>
> ANGELA:  It's more than amazing
>
> ANGELA:  It's heavenly
>
> ANGELA:  That looks like me
>
> DEFENDANT:  Lol.  It's amazing
>
> ANGELA:  I mean really it does
>
> ANGELA:  That is crazy
>
> DEFENDANT:  I totally agree
>
> ANGELA:  I want to see you lick her

The Defendant texted Angela additional screenshots of Minor Victim 3 on September 10, 2012.

In October 2012, the Defendant and Angela discussed watching hidden camera footage of Minor Victim 3:

> DEFENDANT:  I captured some incredible sights without knowing it the other day.
>
> ANGELA:  Well I want too [sic] see
>
> ANGELA:  Tomorrow ?
>
> DEFENDANT:  Yes.  After covered bridge
>
> ANGELA:  Can't wait

As if to underscore what those "incredible sights" were, the very next day Angela told the Defendant that she wanted to "go home and watch the video of [Minor Victim 3] while you pound me from the back."  The conversation continued:

ANGELA:  Can we sneak up there real fast for like 10 minutes. And I can master bait [sic]

DEFENDANT:  Okay??

DEFENDANT:  Before we eat?

ANGELA:  Yes

ANGELA:  It will take 10 min.

ANGELA:  Your Baby girl wants her daddy's cock in her.

ANGELA:  I want to see you lick her

DEFENDANT:  Ok

DEFENDANT:  Her body's amazing

ANGELA:  I want you to put your cock between her pussy lips until you cum

ANGELA:  All over her pussy and I can lick it off.

DEFENDNAT:  Me too!!!

ANGELA:  I need my daddy right now.

ANGELA:  Will you be my daddy And show me how much you love me?  Then show [Minor Victim 3] how good my daddy's cock feels?

DEFENDANT:  Yes

ANGELA:  I want the head of it in her while I lick your butt !

ANGELA:  And stick my dildo in you.  Not to pound you just stick it in

DEFENDANT:  😊

ANGELA:  Will you stick it in my butt today.

ANGELA:  I may need you to punish me

DEFENDANT:  Yes

ANGELA:  That was amazing!!  That is what I have wanted needed an[d] desired

### 4.      Minor Victim 4

Minor Victim 4 is a friend of Minor Victim 3.  Minor Victim 4 will testify that she went to the Defendant's house for the first time in June 2014 when she was 13 years old.  Minor Victim 4 will testify that during this very first visit to the house, the Defendant offered her alcohol and Ecstasy and asked Minor Victim 4 about her sex life.  After that, Minor Victim 4 did not return to the Defendant's house until December 31, 2014.  Minor Victim 4 will testify that on New Year's Eve 2014, she was again offered drugs and alcohol by the Defendant.  Minor Victim 4 will also testify that it was the Defendant who drove she and her boyfriend back to Connersville on January 1, 2015 and, during the ride, the Defendant discussed having Minor Victim 4 and her boyfriend come to a swinger sex party at the Defendant's residence.

Text messages between the Defendant and Fogle, the Defendant and D.L., and the Defendant and R.S. also document the group's sexual attraction to Minor Victim 4.  For example, on February 10, 2015, the Defendant and Fogle discussed Minor Victim 4 via text message:

DEFENDANT: [Nude photograph of Minor Victim 4]

DEFENDANT:  Hitting the room.  Too much gluten

FOGLE:  Was thay [sic] a pick of my favorite [Minor Victim 4]???

FOGLE:  Went up

DEFENDANT:  Yes

FOGLE:  God she is amazing

DEFENDANT:  [Topless photograph of Minor Victim 4]

FOGLE:  Who ia [sic] that?

DEFENDANT:  Same

19

FOGLE:  God damn i [sic] really love her

DEFENDANT:  You've no idea.  You need to hang in person

FOGLE:  I know

DEFENDANT:  I would give $5k to watch her and [Minor Victim 3]

In a text string that began on February 9, 2015, and culminated in the Defendant texting the same nude photographs of Minor Victim 4 to D.L. on February 10, 2015 that he also sent to Fogle, the Defendant again alluded to his attraction to Minor Victim 4:

DEFENDANT:  You cannot imagine what my step daughters and their friends walk around in my house wearing.  You can't.

DEFENDANT:  Girls now days have zero understanding of modesty

D.L.:  Uncle David might need to sleep over!!

DEFENDANT:  You've no idea.

DEFENDANT:  Is this line secure?

D.L.:  Yes it is!!

DEFENDANT:  Hey did you still want me to text you the pick of the swinger lady we tagged team the other day?  The one we talked about verbally?  I cut her face out of it so we should be good to send

D.L.:  Of course!!

D.L.:  I'm still waiting for the swinger lady pic?

D.L.:  Ok

DEFENDANT:  Yes.  I will send in 30

DEFENDANT:  [Topless photograph of Minor Victim 4]

DEFENDANT:  [Nude photograph of Minor Victim 4]

D.L.:  Oh yes it does!!!

D.L.:  WOW

DEFENDANT:  Does that meet with your approval

DEFENDANT:  Uncle David needs to stay the night

D.L.:  He sure does!!

Then, on April 12, 2015, the Defendant texted R.S. about Minor Victim 4:

DEFENDANT:  My top ten right now, any girl in the world, regardless list, no order:  Chloe Moertz (hit girl), Emily Ratajkowski, Tania Raymonde, [Minor Victim 3], Nicky Whelan, [Minor Victim 4] ([Minor Victim 3]'s best friend), Amy Poehler, Selena Gomez, Miley Cyrus, Christie Brinkley

R.S.:  I love Selena!  And amy Poehler

R.S.:  Did you ever tell Lauren woods I wanted to pound her

DEFENDANT:  Yes.  She just laughed.  Her and Angie making out was hot a couple years ago

DEFENDANT:  Have I ever shown you [Minor Victim 4]?

R.S.:  That would totally be hot

R.S.:  No

DEFENDANT:  Pics don't do her justice.  Nudes or clothes?

R.S.:  Clothes

DEFENDANT:  [Photograph of Minor Victim 4 and a friend from Facebook]

DEFENDANT:  On right

R.S.:  She's a doll!

DEFENDANT:  Want a nude of a girl that may or may not be her but I won't comment as too [sic] avoid the Feds?

R.S.:  Lol.  I love nudes

DEFENDANT: [Topless photograph of Minor Victim 4]

R.S.:  Not bad at all

21

DEFENDANT:  I have better.  But all I can access

5.    **Minor Victim 5**

Minor Victim 5 is Angela's other daughter.  Minor Victim 5 will testify that she met the Defendant for the first time when she was approximately 13 years old.  Minor Victim 5 will testify that although she initially liked the Defendant, her opinion changed when the Defendant began having crude conversations with Minor Victim 5 about sexual activity.

Minor Victim 5 will testify that when she stayed at the house that the Defendant and Angela shared, the Defendant would encourage Minor Victim 5 to go into the home office, get onto Omegle, and engage in sexual activity by exposing her breasts or masturbating.  Minor Victim 5 will also testify that the Defendant and Angela left sex toys around the house, which the Defendant encouraged Minor Victim 5 to use to masturbate.  Indeed, there are text messages in which the Defendant and Angela discuss doing precisely that in hopes of getting Minor Victim 5 to masturbate in front of a hidden camera:

> DEFENDANT: [Minor Victim 5] is thinking about using a dildo to get herself ready for [her boyfriend].  Gawd I hope she uses yours so I can see it!!!  (I know u don't like [to] share)
>
> DEFENDANT:  Totally
>
> DEFENDANT:  Not sure but [Minor Victim 3] and [minor] are asleep down here.  She can go in office right now
>
> ANGELA:  😊 well put it in there.  Ill [sic] make an exception for my baby love
>
> ANGELA:  But only because of baby love !!!
>
> ANGELA:  Not for her lol
>
> ANGELA:  Go get it and put in office
>
> ANGELA:  You need to relax and I need to relax Sunday when I watch it with you

Minor Victim 5 will also testify about how, on at least one occasion, the Defendant used a back massager on her and then placed the massager on her buttocks, which made her uncomfortable because her mother had sexually assaulted her using a back massager on several occasions. There are numerous text messages where the Defendant and Angela talk about using a back massager on Minor Victim 5. For example:

> ANGELA: Did you go on lower lower back?
>
> ANGELA: Ok
>
> DEFENDANT: Either way I'm fine lol
>
> ANGELA: And I know your [sic] fine!!
>
> DEFENDANT: Lol.
>
> DEFENDANT: I did and butt
>
> ANGELA: OMG!!!!!! I want to see that!!!
>
> ANGELA: While I finger bang myself
>
> DEFENDANT: But not crotch. Other 4 too close
>
> ANGELA: She would let you do it
>
> DEFENDANT: Oh yes. 100% now
>
> ANGELA: Are you happy!?!?!?
>
> ANGELA: Thrilled elated estancia
>
> ANGELA: Ecstatic!
>
> ANGELA: Over joyed want to cum on her face
>
> ANGELA: Lol
>
> DEFENDANT: Lol. Yes.

Minor Victim 5 will also testify that the Defendant repeatedly discussed Indiana's "Romeo and Juliet" law and the age of consent with her and asked Minor Victim 5 if she would have sex

23

with one of his adult friends once she turned 16.  Minor Victim 5 will testify that she believed these conversations were mostly in jest until she turned 16, at which time the Defendant took her for a ride in the car and asked whether Minor Victim 5 would be willing to participate in a foursome with the Defendant, Angela, and another couple.

Minor Victim 5 will also testify that the Defendant and Angela encouraged Minor Victim 5 to bring her boyfriends to the house and they permitted them to sleep in the same bedroom. There are text messages between the Defendant and Angela where they coordinate bringing Minor Victim 5 and her boyfriend to the house so that they can watch Minor Victim 5 and her boyfriend engage in sexual activity.  These conversations began as early as February 2012:

DEFENDANT:  No [sic] what I'm doing

DEFENDANT:  Know

ANGELA:  Whacking and thinking about something.

ANGELA:  😊

DEFENDANT:  Yep.  Can I hint to what

ANGELA:  Yes

DEFENDANT:  We are living room watching what's going on with [Minor Victim 5 and her boyfriend].  I'm in u from behind while we watch, u have vibrator on clit

ANGELA:  Mmmmmm.  😊

DEFENDANT:  They're in room upstairs

. . . .

ANGELA:  You going to cum for baby girl?

DEFENDANT:  Soon.  We are mimicking what we are seeing on the screen

ANGELA:  Mmm

24

In June 2012, the Defendant and Angela again discussed bringing Minor Victim 5 and her boyfriend to the house in Indianapolis to see "how far [she] will go if she thinks she's got some freedom." The Defendant encouraged Angela to bring Minor Victim 5 to Indianapolis with a boy so that he and Angela could "observe." On June 20, 2012, the Defendant and Angela settled on a plan that involved bringing Minor Victim 5 and her boyfriend to Indianapolis to see a movie:

> DEFENDANT:  Can I tell u what I'm thinking?  Like a 730 movie us 4.  Get things really going then we come BA k [sic] here.  Tell them they can hang out for awhile in room.  While we watch and continue downstairs.
>
> ANGELA:  YES!!
>
> ANGELA:  Lol.  I'm just fantasizing right now.
>
> DEFENDANT:  They will notice the movement
>
> DEFNDANT:  😊
>
> DEFENDANT:  See the movement and he will probably fire it in his pants
>
> DEFENDANT:  Lol.
>
> ANGELA:  Well then maybe they will join
>
> ANGELA:  Hahaha
>
> ANGELA:  Did you really?
>
> DEFENDANT:  I just came everywhere
>
> DEFENDANT:  Yep
>
> DEFENDANT:  I want to do movie then come back here and watch.  Doggie vibrated on ur cult
>
> DEFENDANT:  Clit
>
> ANGELA:  I love it !
>
> ANGELA:  Ok.  I will do my best to set it up

DEFENDANT: 😊 I'm going to drive it hard with my cock ring on while we watch

ANGELA: Mmmmmm I can't wait. You may have to put something in my mouth so I don't scream

DEFENDANT: I will

By December 2012, the Defendant and Angela had succeeded and had brought Minor Victim 5 and her boyfriend to Indianapolis:

DEFENDANT: So funny. [Minor Victim 5] went to all this trouble and planning for months. Just to sleep next to [her boyfriend]

DEFENDANT: Fully clothed

DEFENDANT: Oh and I told them one of your rules was light had to stay on. So back me up on that??

In addition to the foregoing, there are numerous text messages between the Defendant and Angela discussing their sexual attraction to Minor Victim 5 and their collaboration in producing child pornography involving Minor Victim 5.

As with Minor Victim 3, the Defendant and Angela contemplated drugging Minor Victim 5 to make it easier to exploit her. For example, on November 3, 2012, while the Defendant and Minor Victim 5 were home alone together, the Defendant texted Angela about putting "knock out stuff" in Theraflu and then giving it to Minor Victim 5:

DEFENDANT: Ok. Yes I'm going to put knock out stuff in it

DEFENDANT: Yes

ANGELA: How did you get that???

ANGELA: Ohhhh why do you tease me?

DEFENDANT: I'm kidding goofbaby

DEFENDANT: Lol. Sorry. I wish so bad

26

ANGELA:  Lol it's okay I still love you unconditionally.

The next day, on November 4, 2012, the Defendant took a photograph of his erect penis pressed up against a computer screen where Minor Victim 5's face was displayed.  The Defendant texted this photograph to Angela who responded that she "want[ed] that" and "love[d] it."  The Defendant then stated that he "came everywhere."  That same day, the Defendant and Angela texted again about using drugs to incapacitate Minor Victim 5:

> DEFENDANT:  I want u to be here and us to have knock out pills RIGHT now lol
>
> ANGELA:  😊
>
> DEFENDANT:  U hv [sic] no idea how bad I want in
>
> ANGELA:  Meeee toooooo
>
> DEFENDANT:  I've seen a lot of it tonight
>
> ANGELA:  Oh yes I do
>
> DEFENDANT:  You have no idea who much I've seen lol.
>
> ANGELA:  You have??
>
> ANGELA:  Tell me baby
>
> DEFENDANT:  Just major major cleavage.  And inner thigh in those shorts
>
> ANGELA:  Does it make my daddy hard?
>
> DEFENDANT:  Yes.
>
> ANGELA:  You want me help stick it in
>
> DEFENDANT:  Omg yes.  I want to do it tomorrow in front of her

Then, in January 2013, when Minor Victim 5 was 14 years old, she came to Indianapolis to stay with Angela while the Defendant was in New York for work.  Before Minor Victim 5 arrived at the house, the Defendant and Angela spent a great deal of time setting up cameras and

27

staging the house in a way that would induce Minor Victim 5 to masturbate in front of a hidden camera:

> DEFENDANT:  Ok.  Well are you going to sit purple one out for her [to] use??  Also did you get click in living room?  That's critical
>
> ANGELA:  I have a surprise for you when you get home
>
> DEFENDANT:  Hey!!!  Bring [the family dog] with her and show her where peanut butter is
>
> DEFENDANT:  What I would give to get footage of that
>
> ANGELA:  Lol [Angela's ex-husband] is meeting me in Rushville they already left.  I will bring him up soon I promise!!  I'm thinking in two weeks
>
> DEFENDANT:  Sighhhhhhhhhhh.  At least find out if she's done that or where she learned that even
>
> ANGELA:  Will do.  Please don't be disappointed
>
> ANGELA:  :-/
>
> ANGELA:  I know you're stressed and you need release
>
> DEFENDANT:  Just had some hope of footage when I get back.  Now nothing
>
> ANGELA:  I'm going to try massage her
>
> ANGELA:  Baby!!  Don't think that way.  😊
>
> DEFENDANT:  OMG are you serious?!?!?
>
> DEFENDANT:  Today?
>
> ANGELA:  You want to see me give her orgasim [sic]?
>
> ANGELA:  I didn't even look yet but I will and I'm thinking tomorrow will be better with orgasim [sic] 😊
>
> DEFENDANT:  Of course.  If you are ok with it.  Just get on footage

DEFENDANT:  Did you find 2 can

DEFENDANT:  Cam

DEFENDANT:  We really need it set up in living room before you go to work

ANGELA:  I am very horny!!!

ANGELA:  If she lived with us and I knew she wouldn't tell if [sic] let her fuck me with strap on

ANGELA:  Yes putting it out.  I looked for it this morning and couldn't find it.  But I will

DEFENDANT:  You are?!?!?!?

DEFENDANT:  So are you putting purple one out where she sees today?  What's the plan?

DEFNEDNAT:  I'm hard

DEFENDANT:  Suitcase??

DEFENDANT:  So what u imagine will happen tonight so I can manage my expectations

ANGELA:  I will set up the clock leave out com and purple.  I think she will chat omegal ect masterbait [sic]

ANGELA:  Show some tit – ties

ANGELA:  Tomorrow I am going to lounge with her massage her make her cum

ANGELA:  I want to drive you crazy!!

ANGELA:  Monday night you and I are getting on omegal

DEFENDANT:  I know it's tough but you've scared her to death.  She won't on omegle.  She tolde [sic] she doesn't cause you told her not too [sic].  Can u mention something so she might

ANGELA:  Yep!!

DEFENDANT:  She needs stay living room or boys room

DEFENDANT:  My dream is her and u flashing on there

DEFNEDANT:  Together

ANGELA:  Ok.

Approximately one hour later, Angela texted the Defendant that she was looking for the clock with the hidden camera:

ANGELA:  I'm looking for clock

ANGELA:  I found it!!!!!!

ANGELA:  Where in living room do inset [sic] up?

ANGELA:  I live [sic] you sweet baby

DEFENDANT:  By TV.  Facing couch

DEFENDANT:  On 2nd row

The Defendant continued to check in to make sure that Angela had gotten the hidden cameras set up and running:

DEFENDANT:  So u get cam setup

DEFENDANT:  Did u get her comfortable on omegle?  Maybe tease a few guys with her to start

ANGELA:  I'm taking good clock down there

ANGELA:  And other one upstairs

ANGELA:  No

DEFENDANT:  Ok.

. . . .

ANGELA:  How do I know if recording

ANGELA:  Aww love it

DEFENDANT: [Photograph of the Defendant in front of glass sculpture with purple lighting]

DEFENDANT:  Go in bedroom

30

DEFENDANT:  Type in password

DEFENDANT:  Chicken

ANGELA: [Photograph of computer screen showing feed from hidden cameras in living room and boys' bedroom]

ANGELA:  Did that

ANGELA:  I wish you were here

ANGELA:  I really miss you

ANGELA:  Did tht [sic]

ANGELA:  Really missing you

DEFENDANT:  I would give her the Mac plugged in on the sectional and purple dildo DOWN there

ANGELA:  K

ANGELA:  How do I know it is recording

ANGELA:  It says live

ANGELA:  But not Rec

DEFENDANT:  If you can see it.  It is

DEFENDANT:  Same thing

ANGELA:  Ok.

ANGELA:  Leave the lid up right!

DEFENDANT:  Yes

ANGELA:  Ok

ANGELA:  I

ANGELA:  K

ANGELA:  I have to find it

DEFENDANT:  And put in the table.

> DEFENDANT:  Minimize it
>
> DEFENDANT:  Under table not it
>
> DEFENDANT:  Did you give her the purple one?  That's what I want to see

When Angela left for work, she texted the Defendant to let him know that everything was set up:

> ANGELA:  Everything is out and ready!
>
> DEFENDANT:  Put new batteries with it?  Did u tell her she can use?  How you handling?  I don't want her in our room
>
> ANGELA:  I told her sleep in boys room or downstairs.  That office is way to [sic] cold.  I'm locking our bedroom door when I leave
>
> DEFENDANT:  Yes!!
>
> DEFENDANT:  Did u give to her or just leaving on couch?
>
> ANGELA:  I acted like I left it down there behind a pillow and I was straightening up and was like on shoot my dildo hahahahaha. And I just put in TV tray.

And, as if to erase any doubt about what she and the Defendant were doing, Angela texted the Defendant:

> ANGELA:  Clocks are up purple is out com is downstairs.  Ready for action!!

**6.      Minor Victim 6**

Minor Victim 6 was friends with Minor Victim 5.  Minor Victim 6 will testify that the Defendant provided her with alcohol when she was a guest at his house.  Minor Victim 6 also saw sex toys or vibrating wands left around the house and she is one of the minors who used these devices to masturbate in the Defendant's home.

**7.      Minor Victim 7**

Minor Victim 7 was friends with Minor Victim 3 and Minor Victim 5.  Minor Victim 7 will testify that she was provided with alcohol by the Defendant and by Angela.  She will also corroborate Minor Victim 3's testimony about "blacking out" after consuming only a few sips of an alcoholic drink that the Defendant made for her.

The Defendant's text messages with Angela indicate that the Defendant was sexually attracted to Minor Victim 7.  For example, in September 2012, the Defendant texted Angela:

> DEFENDANT:  Any way to get [Minor Victim 7] and [Minor Victim 3] here Friday?
>
> DEFENDANT:  Or sat
>
> ANGELA:  I can try
>
> ANGELA:  😊

Minor Victim 7 will also testify that on at least one occasion, when she and Minor Victim 3 arrived at the house that the Defendant and Angela shared, there was pornography on the television.  Text messages between the Defendant and Angela from January 2013 reveal that this was a setup:

> DEFENDANT:  Are u gonna say something to [Minor Victim 3] like "adult TV channels are 507-535.  If you watch don't tell anyone"
>
> ANGELA:  Lol
>
> ANGELA:  She is a smart girl.  I will have then [sic] on that ch for her though
>
> ANGELA:  That's what I want to do with [Minor Victim 1]
>
> ANGELA:  [Photograph of threesome between 2 women and 1 man]

DEFENDANT:  Be honest.  Should I call and add playboy tv channel for weekend

ANGELA:  [Photograph of threesome between 2 women and 1 man]

ANGELA:  That's what I want to do with [Minor Victim 1]

ANGELA:  Lol

ANGELA:  U like?

DEFENDANT:  Yes!!

DEFENDANT:  I'm more intrigued right now this drunk with [Minor Victim 3]

ANGELA:  😉

DEFENDANT:  Tell me what u will leave out for her

DEFENDANT:  Will u say anything on way to our home like "perfectly naturally [sic] to watch adult shows and finger yourself or your girlfriend."

ANGELA:  I want her in between us as you go in and out of both us

DEFENDANT:  Me too.  But can't tomorrow

ANGELA:  Yes

ANGELA:  Yes

DEFENDANT:  Are u going to see if [Minor Victim 7] coming

The Defendant and Angela also texted about the fact that Minor Victim 7 apparently learned to masturbate with a back massager from Minor Victim 5:

ANGELA:  I was asked by a parent if I knew that was going on

DEFENDANT:  Who

DEFENDANT:  And if what was

ANGELA:  I lost you

ANGELA:  With massager.  If I knew she was doing that

DEFENDANT:  I'm enraged

DEFENDANT:  Who asked

ANGELA:  Why are u enraged

DEFENDANT:  Who Sked [sic]

DEFENDANT:  Asked

ANGELA:  [Minor Victim 7]'s mom

DEFENDANT:  Wtf.  Why'd she ask

ANGELA:  Because she caught [Minor Victim 7] I guess

DEFENDANT:  Changes zero.  Couch will go on as planned.
Nothing to do with us

DEFENDANT:  Love u

DEFENDANT:  Night my baby

ANGELA:  Yes it does because she said she learned it from
[Minor Victim 5]

DEFENDANT:  What did u say

ANGELA:  I love you too

ANGELA:  I adore u too

DEFENDANT:  Once again doesn't change anything.  [Minor
Victim 5] would never say a word

Finally, Minor Victim 7 will testify that the Defendant video chatted with her on one occasion during which time he showed her his penis and asked her to expose her breasts.

**8.      Minor Victim 8**

Minor Victim 8 was another friend of Minor Victim 5 who will also testify that she was provided with alcohol by the Defendant.

### 9.     **Minor Victim 9**

Minor Victim 9 is a relative of Angela's.  Minor Victim 9 will testify that when she was 9 years old, she was molested by Angela at the residence that Angela shared with the Defendant. Minor Victim 9 also disclosed that on one occasion, when she arrived at the Salem Creek house, there was pornography on the television.

Text messages between Angela and the Defendant document their shared sexual interest in Minor Victim 9.  For example, in November 2012, the Defendant texted Angela his "'if we could' top list": "In order: [Minor Victim 3], [minor relative], the blonde at your family thing, the Latino there, [Minor Victim 9]."

### ARGUMENT

As set forth above, there is ample evidence that a conspiracy existed between the Defendant, Angela, Fogle, D.L., and R.S.  The Government is allowed to establish the existence of a conspiracy through written pre-trial proffer.  *United States v. Santiago*, 582 F.2d 1128 (7th Cir, 1978); *see also United States v. Stephenson*, 53 F.3d 836 (7th Cir. 1995); *United States v. Vargas*, 16 F.3d 155, 158 (7th Cir. 1994).  Additionally, the Government need not charge conspiracy in order to utilize co-conspirator statements, only establish that a conspiracy existed. *United States v. Prieto*, 549 F.3d 513, 524 (7th Cir. 2008); *United States v. Skidmore*, 254 F.3d 635, 638 (7th Cir. 2001).

Based on the foregoing, there existed a conspiracy to possess child pornography.  As a result, any statements (including statements made in text messages) by Angela, Fogle, D.L., or R.S., are admissible against the Defendant.  *See* Fed. R. Evid. 801(d)(2)(E); *see also McClellan*, 165 F.3d at 553-54 (holding that Government's *Santiago* proffer need not list out each and every co-conspirator statement).

**CONCLUSION**

Based on the foregoing, the Government respectfully requests that the Court accept the foregoing proffer pursuant to *Santiago* and make a preliminary finding that a conspiracy existed so that the Government may conditionally admit the above-described evidence in its case in chief.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:     s/ Kathryn E. Olivier
        Kathryn E. Olivier
        Bradley P. Shepard
        Assistant United States Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 4, 2020, a copy of the foregoing was electronically filed.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Zachary Lee Newland
zach@gordondefense.com

Jeremy Gordon
jeremy@gordondefense.com

s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: 317-226-6333
Email:  Kathryn.Olivier@usdoj.gov