1701342

02/02/2015

 at&t

## SUBSCRIBER INFORMATION

287254236710                                              C/T

### Financially Liable Party

Name:          JARED FOUNDATION INC
Credit Address: 4578 WOODS EDGE DR, ZIONSVILLE, IN 46077

Customer Since:  06/25/2013
Photo ID Type:                                    Photo ID State:
Photo ID Number:

DOB:                                              SSN:

Contact Name:
Contact Home Phone: (000) 000-0000               Contact Work Phone: (317) 687-4919
Contact Home Email: RUSSELL.TAYLOR@YAHOO.COM     Contact Work Email:

### Billing Party

Account Number:   287254236710
Name:             JARED FOUNDATION INC
Billing Address:  4578 WOODS EDGE DR, ZIONSVILLE, IN 46077

Account Status:   Active                         Billing Cycle:  28

### User Information

MSISDN:        (317) 250-0661         IMSI:    310410751645324
MSISDN Active: 06/27/2013 - Current

Name:          JARED FOGEL
User Address:     4578 WOODS EDGE DR, ZIONSVILLE, IN 46077

Service Start Date:  06/27/2013     Dealer Info: ES1N4 GENWW
Payment Type:      Postpaid
Contact Name:
Contact Home Phone:                          Contact Work Phone:
Contact Home Email: RUSSELL.TAYLOR@YAHOO.COM  Contact Work Email:

### Status Change History

Status Change Reason:                    Status Change Date:

dfc                    AT&T PROPRIETARY                        Page    1

The information contained here is for use by authorized person only and is not for general distribution.